UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>                Plaintiff,<br><br>     v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, LAURA SHELBY, DAVID PELIGRINO,<br><br>                Defendants. | Case No. 1:23-cv-00165-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

       Plaintiff proceeds in this civil action pro se. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915.

       Accordingly, it is **ORDERED**:

       Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:   February 16, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE