1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DUCHUN LAFRE GOODWIN,                    No.  1:23-cv-00165-ADA-HBK

12              Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATION
13       v.
                                             (ECF No. 8)
14  STATE FARM GENERAL INSURANCE
    COMPANY, et at.,
15
                Defendants.
16

17

18          Plaintiff, Duchun Lafre Goodwin ("Plaintiff") is proceeding pro se and *in forma pauperis*

19  in this civil action filed on February 2, 2023.  (ECF No. 1.)  The matter was referred to a United

20  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On June 6, 2023, the assigned Magistrate Judge filed findings and recommendation,

22  recommending dismissing the case because Plaintiff's amended complaint was deficient and

23  frivolous.  (ECF No. 8 at 6.)  Notably, Plaintiff filed a deficient and frivolous amended complaint

24  after the Magistrate Judge screened the initial complaint and gave Plaintiff the relevant case law to

25  cure the deficiencies in the initial complaint.  (*See* ECF No. 4.)  Plaintiff was served with the

26  findings and recommendation which contained a notice that objections to the findings and

27  recommendations were to be filed within fourteen days after service.  (ECF No. 8 at 7.)  To date,

28  ///

1  no objections have been filed and the time to do so has expired.

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

3  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings

4  and recommendations to be supported by the record and by proper analysis.

5      Accordingly,

6      1.  The Findings and Recommendation filed on June 6, 2023, (ECF No. 8), are

7          ADOPTED in FULL; and

8      2.  The Clerk of Court shall terminate any pending motions, CLOSE this case, and enter

9          judgment against Plaintiff.

10

11

12  IT IS SO ORDERED.

13  Dated:   September 6, 2023

          UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2